**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|  |  |
|---|---|
| Playa Villas Sausalito, LLC,<br><br>        Plaintiff<br><br>v.<br><br>Stephen Grier, et al.,<br><br>        Defendants | Case No.: 2:19-cv-00414-JAD-VCF<br><br>**Order Adopting<br>Report & Recommendation<br>and Remanding Case**<br><br>[ECF Nos. 1, 5] |

      This unlawful-detainer action finds its way to this court because defendant Danielle Grier improperly removed it here from the Superior Court of California, County of Los Angeles. Magistrate Judge Ferenbach recommends that I remand it back to the California state court because the removal statute, 28 U.S.C. § 1441, does not permit it to be removed to this Nevada court, and that I deny as moot the pending application to proceed in forma pauperis.[1] The deadline for objections to that recommendation was March 29, 2019, and no party filed an objection or moved to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2] Having reviewed the R&R, I find good cause to adopt it, and I do.

      Accordingly, IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 5] is ADOPTED** in its entirety and **this case is REMANDED** back to the Superior Court of California, County of Los Angeles, 1725 Main Street, Santa Monica, California, 90401, Santa Monica Branch (limited civil), Case No. 18SMUD02660;

---

[1] ECF No. 5.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

1

IT IS FURTHER ORDERED that the application to proceed in forma pauperis **[ECF No. 1] is DENIED** as moot; and

IT IS FURTHER ORDERED that the Clerk of Court is directed to CLOSE THIS CASE.

Dated: April 3, 2019

_____
U.S. District Judge Jennifer A. Dorsey